UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| AMIN A., | Case No. 26-CV-0251 (PJS/ECW) |
| Petitioner, | |
| v. | ORDER |
| DONALD J. TRUMP, President of the United States; KRISTI NOEM, Secretary of the United States Department of Homeland Security; TODD M. LYONS, Acting Director of the United States Immigration and Customs Enforcement; PAMELA BONDI, Attorney General of the United States; DAVID EASTERWOOD, Acting Director, St. Paul Field Office, Immigration and Customs Enforcement, in their official capacities, | |
| Respondents. | |

IT IS HEREBY ORDERED THAT respondents are ENJOINED from moving petitioner outside of Minnesota until further order of the Court, so that petitioner may consult with counsel while the Court is considering the petition, and so that there is no risk that removal of petitioner from Minnesota will deprive this Court of jurisdiction over the petition. If petitioner has already been removed from Minnesota, respondents are ORDERED to immediately return petitioner to Minnesota.

Dated:  January 15, 2026, at 11:30 a.m.	/s/ Patrick J. Schiltz        
　　　　　　　　　　　　　　　　　　　　Patrick J. Schiltz, Chief Judge
　　　　　　　　　　　　　　　　　　　　United States District Court