# UNITED STATES DISTRICT COURT
## District of Minnesota

Amin Abdi Abdulahi

Petitioner(s),

v.

Donald J. Trump, Kristi Noem, Todd M. Lyons, Pamela Bondi, David Easterwood

Respondent(s).

**JUDGMENT IN A CIVIL CASE**

Case Number: 26-cv-00251-PJS-ECW

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. Petitioner's petition for habeas corpus [ECF No. 1] is GRANTED IN PART:

   a. Respondents are ORDERED to:

      i. Immediately RETURN petitioner to Minnesota and either:

      (1) Complete inspection and examination of petitioner as required by 8 U.S.C. § 1159(a) within 7 days of this Order, keeping petitioner in Minnesota until such inspection and examination is complete and allowing petitioner access to counsel during such inspection and examination; or

(2) Release petitioner from custody.

2. The remainder of petitioner's petition is DENIED WITHOUT PREJUDICE.

Date: 1/26/2026

KATE M. FOGARTY, CLERK